Carlos Arnoldo GARCIA–
BARRIENTOS,
Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–72508.

Agency No. A74–318–308.

United States Court of Appeals,
Ninth Circuit.

Feb. 24, 2004.

Carlos Arnoldo Garcia–Barrientos, pro se, Phoenix, AZ, Michael Franquinha, Law

---

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

Office of Michael Franquinha, Phoenix, AZ, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, District Director, Phoenix, AZ, Genevieve Holm, Esq., Jennifer Lightbody, U.S. Department of Justice, Washington, DC, for Respondent.

Before RYMER, HAWKINS, and BYBEE, Circuit Judges.

### ORDER

The temporary stay of removal confirmed by General Order 6.4(c) shall continue in effect until issuance of the mandate.

Garcia–Barrientos's Emergency Motion is denied as moot.